IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| R. ALEXANDER ACOSTA | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 17-4302 |
| FAIRMOUNT FOUNDRY, INC. | : | |

## ORDER

AND NOW, this 14th day of January 2019, following our expedited *in camera* review of the Plaintiff's redactions of produced records based upon informant and deliberative process privileges (ECF Doc. No. 34), Defendant's Opposition (ECF Doc. 36), and for reasons in the accompanying Memorandum, it is **ORDERED** the Plaintiff shall produce the documents in accord with our redactions e-mailed to Plaintiff's counsel contemporaneous with this Order to be produced no later than **NOON EST** on **January 15, 2019**.

KEARNEY, J.